SO ORDERED: March 11, 2010.



_____
**James K. Coachys**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURTS
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRIAN KEITH SCOTT and | ) | Case No. 09-13038-JKC-7A |
| MICHELLE DAWN SCOTT, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| RICHARD E. BOSTON, as the | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 09-50655 |
| | ) | |
| CHRYSLER FINANCIAL SERVICES | ) | |
| AMERICAS LLC d/b/a/ CHRYSLER | ) | |
| FINANCIAL f/k/a DAIMLERCHRYSLER | ) | |
| FINANCIAL SERVICES AMERICAS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

    This matter comes before the Court on Defendant Chrysler Financial's Motion for Summary Judgment against Plaintiff Richard E. Boston, in his capacity as the Chapter 7 Trustee, with respect to the Trustee's Complaint to Avoid Preference and Post-Petition Payments and to Declare Chrysler Financial's Lien as Unsecured and Recover Property of the Estate. Consistent with the Findings of

Fact and Conclusions of Law entered contemporaneously herewith, the Court enters judgment in favor of Chrysler Financial and against the Trustee on the Complaint.

###

Distribution:

Julia A. Camden
Elizabeth B. Alphin
Richard E. Boston
UST